# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

### No. 201800170

———————————————

### UNITED STATES OF AMERICA
*Appellee*

v.

### Davidesau C. GUEVARA
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Colonel Matthew J. Kent, USMC (arraignment).
Lieutenant Colonel Jeffrey V. Munoz, USMC (trial).

For Appellant: Commander Richard E.N. Federico, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 October 2018

———————————————

Before HUTCHISON, ELLINGTON, and FOIL,
*Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court